# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LEROY FRANCE**                                                                                   **PLAINTIFF**

**v.**                    **Case No. 4:19-cv-00285 BSM**

**TD AUTO FINANCE**                                                                            **DEFENDANT**

## ORDER

Pursuant to the parties' stipulation of dismissal [Doc. No. 21] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice with each party bearing its own costs and fees.

IT IS SO ORDERED this 7th day of July, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE