IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEROY FRANCE**                                                                                              **PLAINTIFF**

**v.**                                    **Case No. 4:19-cv-00285 BSM**

**TD AUTO FINANCE**                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE